## COOPER *v.* ALABAMA.

No. 32, Misc.   Decided October 14, 1963.

Petitioner *pro se.*

*Richmond M. Flowers,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Alabama for further consideration in light of *Lane* v. *Brown,* 372 U. S. 477.